ELIZABETH R. MONAHAN, Respondent, *v.* ANNA F. KENNY et al., Appellants.

(Argued January 10, 1934; decided February 27, 1934.)

*Alexander Pfeiffer* for appellants.
*Peter W. Quinn* and *Henry Willis Smith* for respondent.
Judgment affirmed, with costs; no opinion.
Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.